UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER AND DELTA BROWN,
individuals,

        Case No.: 8:13-cv-2596-VMC-TBM

    Plaintiffs,

v.

FLAGSTAR BANCORP, INC,
d/b/a FLAGSTAR BANK, FSB,
a national bank,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**COME NOW** Plaintiffs, Heather and Delta Brown (hereinafter collectively "Plaintiffs"), by and through the undersigned counsel, pursuant to Local Rule 3.08, and hereby submit this *Notice of Pending Settlement*. In support thereof, and in response to the Court's June 30, 2014 Endorsed Order [Dkt. 30], Plaintiffs state:

    1.    Due to ongoing settlement negotiations between Plaintiffs and Defendant, and in an attempt to avoid incurring additional attorneys' fees that may adversely affect the possibility of reaching a mutually agreeable settlement, the Parties agreed to reschedule the mediation that was to take place on June 23, 2014.

    2.    By agreement between Parties, and while settlement negotiations continued, the mediation conference was tentatively rescheduled for July 22, 2014.

    3.    Plaintiffs, prior to the filing of their *Second Amended Notice of Scheduling Mediation*, reached a tentative settlement with Defendant, with regard to all claims in this case.

4.  The Parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability

5.  Upon execution of a confidential settlement agreement and release and fulfillment of its terms, the undersigned counsel will file a *Notice of Settlement and Stipulation for Dismissal with Prejudice*, dismissing Plaintiffs' claims against Defendant with prejudice.

6.  To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with Defendant's counsel and Defendant has no objection to the relief sought.

Submitted this 2nd day of July 2014.

        Respectfully submitted,

        **LEAVENLAW**

        /s/ *Aaron M. Swift*
        **Ian R. Leavengood, Esq., FBN 0010167**
        **Aaron M. Swift, Esq. FBN 93088**
        Northeast Professional Center
        3900 First Street North, Suite 100
        St. Petersburg, FL 33703
        Phone: (727) 327-3328
        Fax: (727) 327-3305
        ileavengood@leavenlaw.com
        aswift@leavenlaw.com
        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 2, 2014, I electronically filed the foregoing *Notice of Pending Settlement* with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

      /s/ *Aaron M. Swift*
      Attorney

**SERVICE LIST**

Ms. Karin L. Posser, Esq.
McGlinchey Stafford, PLLC
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
kposser@mcglinchey.com
kmoss@mcglinchey.com
*Attorneys for Defendant*